DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMELIA OWENS,**
Appellant,

v.

**BOCA VIEW CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2025-2194

[February 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 50-2023-CA-011843.

Rosana Narvaez of Narvaez Law Group, LLC, Weston, for appellant.

Patrick Dervishi and Guy M. Shir of Shir Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***